UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL JOELSON,<br><br>                              Petitioner,<br><br>v.<br><br>DAVID J. SULTZBAUGH, Chief U.S. Probation Officer, for the Southern District of California,<br><br>                              Respondent. | Case No.:  19cv1595 DMS (JLB)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR ORDER ALLOWING CM/ECF ACCESS** |

Petitioner requests an order allowing him access to the CM/ECF system as a pro se litigant.  He states that he has an e-mail address, and access to equipment and software to prepare documents for filing in PDF format and to connect with the Court's CM/ECF system.  Petitioner shall be granted access to the CM/ECF system, and may file documents in this case electronically.

**IT IS SO ORDERED**.

Dated:  December 3, 2020

_____

Hon. Dana M. Sabraw
United States District Judge